(109 So. 171)

**M. I. GLASS v. Lamar SMITH.     (6 Div. 697.)**

(Supreme Court of Alabama.   May 26, 1926. Rehearing Granted June 24, 1926.)

Certiorari to Court of Appeals.

Ralph W. Quinn, of Birmingham, for petitioner.

W. Emmett Perry and Vassar L. Allen, both of Birmingham, opposed.

ANDERSON, C. J. Petition of Mrs. M. I. Glass for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Glass v. Smith, 21 Ala. App. 325, 109 So. 170.

Writ awarded.

On Rehearing.

PER CURIAM. Application for rehearing granted, former opinion withdrawn; judgment of reversal set aside, and writ denied.

All the Justices concur, except ANDERSON, C. J., dissenting.